No. 05–118. BERETTA U. S. A. CORP. ET AL. *v.* DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Motion of petitioners to defer

---

*See also note, *supra,* p. 801.

consideration of petition for writ of certiorari denied.  Certiorari denied.